IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLIFFORD HENREY SHAFER, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshals Service,

IT IS ORDERED that:

(1)     The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 56) has been rescheduled before the undersigned United States district judge to Tuesday, November 30, 2010, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2)     The United States Marshal is directed to return the defendant to the district for the hearing.

Dated November 10, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge